UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>-v- )<br>)<br>STEVEN KRIEGER, )<br>)<br>Defendant. ) | Crim. No. 08-cr-812 (SRC)<br><br>CONSENT ORDER LIFTING LIEN ON INCORRECT ADDRESS, VACATING JUDGMENT, AND AMENDING CONDITIONS OF RELEASE TO A RELEASE ON DEFENDANT'S OWN RECOGNIZANCE |

THIS MATTER having come before the Court on the application of defendant, Steven Krieger ("Krieger"), through his attorneys, Marino, Tortorella & Boyle, P.C. (Kevin H. Marino, Esq. appearing), with the consent of the Government (Mark McCarren, AUSA, appearing), for an Order amending Krieger's Conditions of Release to a release on his own recognizance; and the Court having entered an Order Setting Conditions of Release on October 30, 2008, which fixed Krieger's bail at $100,000 and released him pursuant to an unsecured appearance bond; and the Government having obtained Judgment No. RG-061955-000 against Krieger in the amount of $100,000.00 to secure that bond; and the Government having incorrectly filed a lien in that amount on property located at 31 Dwight Street, Ocean Township, New Jersey 07712, which is not owned by Krieger; and the parties now wishing to lift the lien erroneously placed on property at 31 Dwight Street, Ocean Township, New Jersey 07712; to vacate Judgment No. RG-061955-000; and to amend Krieger's Conditions of Release to an unsecured release on his own recognizance; and good cause having been shown;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED on this 19th day of May, 2011 that:

1. The lien on 31 Dwight Street, Ocean Township, New Jersey 07712 be and hereby is permanently lifted;

2. Judgment No. RG-061955-000 be and hereby is permanently vacated; and

3. Krieger's Conditions of Release be and hereby are amended to a release on his own recognizance, unsecured by a judgment of any kind.

We hereby consent to the form and entry of this foregoing Order.

| UNITED STATES ATTORNEY<br>FOR THE DISTRICT OF NEW JERSEY | MARINO, TORTORELLA & BOYLE, P.C.<br>Attorneys for Defendant Steven Krieger |
|---|---|
| By: _____<br>MARK J. MCCARREN | By: _____<br>KEVIN H. MARINO |
| Dated: | Dated: |

_____
HON. STANLEY R. CHESLER, U.S.D.J.

2